UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONELL HATTON,

                         Plaintiff,

    -against-

SCHILLER GROUNDS CARE INC.,
d/b/a LITTLE WONDER,

                         Defendant.
------------------------------------------------------------X

Civil Action No.: 09-cv-2347

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case on behalf of defendant SCHILLER GROUNDS CARE, INC. i/s/a "Schiller Grounds Care Inc., d/b/a Little Wonder."

I hereby certify that I am admitted to practice in this court.

Dated:    New York, New York
             September 15, 2009

                                Yours, etc.,

                                Richard E. Barber (RB-4730)
                                SEDGWICK, DETERT, MORAN & ARNOLD, LLP
                                Attorneys for Defendant
                                SCHILLER GROUNDS CARE, INC.
                                125 Broad Street, 39th Floor
                                New York, New York 10004
                                Telephone: (212) 422-0202

TO:

Steven S. Kaiser, Esq.
600 Old Country Road
Suite 300
Garden City, New York 11530
(516) 222-2111

NY/552347v1

## CERTIFICATE OF SERVICE

I, **RICHARD BARBER**, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF on this 15th day of September, 2009, upon the following:

> Steven S. Kaiser, Esq.
> 600 Old Country Road
> Suite 300
> Garden City, New York 11530
> (516) 222-2111

_____
Richard E. Barber (RB-4730)

Dated: New York, New York
       September 15, 2009

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

: ss.:

COUNTY OF NEW YORK )

Naima Hakem, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in the State of New York, Kings County.

That on the 15th day of September, 2009, deponent served the within **NOTICE OF APPEARANCE** upon:

> Steven S. Kaiser, Esq.
> 600 Old Country Road
> Suite 300
> Garden City, New York 11530
> (516) 222-2111

at the address(es) designated by said attorney(s) for the purpose of depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_Naima Hakem_
Naima Hakem

Sworn to before me, this
15th day of September, 2009

_____
Notary Public

JANEZZA FEBRERO
Notary Public, State of New York
No. 01FE6172093
Qualified in Nassau County
Commission Expires Aug. 20, 2011

NY/552768v1