BEFORE: VIKTOR V. POHORELSKY                           DATE:        5/4/10
              U.S. MAGISTRATE JUDGE                           START TIME:  2:30 p.m.
                                                                              END TIME:    2:45 p.m.

DOCKET NO.   CV-09-2347                                                JUDGE:       FB

CASE NAME:   Hatton v. Schiller Grounds Care, Inc.

                                                          **CIVIL CONFERENCE**

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:    Plaintiff       Steven Kaiser

                           Defendant      Richard Barber

SCHEDULING AND RULINGS:

1.  The next conference will be held by telephone on **July 29, 2010 at 2:15 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400).

2.  The parties have not been pursuing discovery vigorously and have not yet even inspected the accused device. They are warned that the discovery deadline, which provided fully nine months for discovery, is unlikely to be extended.